

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00632-CV

Joshua **GARCIA,**
Appellant

v.

Sherry **PRUSKI,**
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-05-0358-CVW
Honorable Stella Saxon, Judge Presiding

## O R D E R

The court's order dated November 13, 2017 is WITHDRAWN. Appellant's brief is due December 4, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court